| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-12980-PMM**

MICHAEL FRANTZ PHILLIPS
ROCHELLE PHILLIPS
207 1/2 S 14TH ST
ALLENTOWN  PA    18102

Petition Filed Date: 05/07/2019
341 Hearing Date: 07/09/2019
Confirmation Date: 12/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $500.00 | | 02/03/2020 | $500.00 | | 03/04/2020 | $500.00 | |
| 05/04/2020 | $500.00 | | 06/02/2020 | $500.00 | | 07/06/2020 | $500.00 | |
| 08/03/2020 | $500.00 | | 09/02/2020 | $500.00 | | 11/02/2020 | $500.00 | |
| 12/04/2020 | $500.00 | | 01/05/2021 | $500.00 | | 02/02/2021 | $500.00 | |
| 03/05/2021 | $500.00 | | 04/05/2021 | $500.00 | | 05/03/2021 | $500.00 | |
| 06/03/2021 | $500.00 | | | | | | | |

**Total Receipts for the Period: $8,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | LEHIGH COUNTY DOMESTIC RELATIONS<br>»» 001 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PPL ELECTRIC UTILITIES<br>»» 002 | Unsecured Creditors | $316.25 | $0.00 | $316.25 |
| 3 | PNC BANK NA<br>»» 003 | Mortgage Arrears | $18,490.22 | $6,010.09 | $12,480.13 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 004 | Priority Creditors | $1,775.41 | $1,775.41 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $8.84 | $0.00 | $8.84 |

**Chapter 13 Case No. 19-12980-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,500.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $10,035.50 | Arrearages: | $1,000.00 |
| Paid to Trustee: | $1,014.50 | Total Plan Base: | $30,000.00 |
| Funds on Hand: | $450.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.