| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-12980-PMM

MICHAEL FRANTZ PHILLIPS  
ROCHELLE PHILLIPS  
207 1/2 S 14TH ST  
ALLENTOWN  PA    18102

Petition Filed Date: 05/07/2019  
341 Hearing Date: 07/09/2019  
Confirmation Date: 12/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $500.00 | | 05/03/2021 | $500.00 | | 06/03/2021 | $500.00 | |
| 07/06/2021 | $500.00 | | 08/02/2021 | $500.00 | 8/2/2021 | 09/02/2021 | $500.00 | |
| 10/04/2021 | $500.00 | | 11/02/2021 | $500.00 | | 12/06/2021 | $500.00 | |
| 01/03/2022 | $500.00 | | 02/02/2022 | $500.00 | | 03/07/2022 | $500.00 | |
| 04/04/2022 | $500.00 | | 05/04/2022 | $500.00 | | 06/03/2022 | $500.00 | |

**Total Receipts for the Period:  $7,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $17,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | LEHIGH COUNTY DOMESTIC RELATIONS<br>»» 001 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PPL ELECTRIC UTILITIES<br>»» 002 | Unsecured Creditors | $316.25 | $0.00 | $316.25 |
| 3 | PNC BANK NA<br>»» 003 | Mortgage Arrears | $18,490.22 | $11,950.09 | $6,540.13 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 004 | Priority Creditors | $1,775.41 | $1,775.41 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $8.84 | $0.00 | $8.84 |

**Chapter 13 Case No. 19-12980-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,500.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $15,975.50 | Arrearages: | $1,500.00 |
| Paid to Trustee: | $1,524.50 | Total Plan Base: | $30,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.