*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael Frantz Phillips and
Rochelle Phillips
        Debtor(s)                              Case No: 19–12980–pmm

                                                       Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor PNC BANK NATIONAL ASSOCIATION Filed by Michael Frantz Phillips, Rochelle Phillips

        on: 2/2/23

        at: 11:00 AM

        in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  12/27/22

Timothy B. McGrath
Clerk of Court

69 – 68
Form 167