**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Rochelle Phillips<br>Michael Frantz Phillips<br><br>               Debtor(s) | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION<br>               Movant<br>     vs. | NO. 19-12980 PMM |
| Rochelle Phillips<br>Michael Frantz Phillips<br><br>               Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br><br>               Trustee | |

**ORDER**

AND NOW, this ___3rd___ day of __February__ , 2023  upon confirmation of this

Stipulation it is hereby ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court

retains discretion regarding entry of any further order.

*Patricia M. Mayer*

United States Bankruptcy Judge