United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-12980-pmm
Michael Frantz Phillips     Chapter 13
Rochelle Phillips
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2
Date Rcvd: May 22, 2023    Form ID: pdf900    Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael Frantz Phillips, Rochelle Phillips, 207 1/2 S. 14th St., Allentown, PA 18102-4613 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | May 23 2023 00:52:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | May 23 2023 00:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/PDF: rmscedi@recoverycorp.com | May 23 2023 01:05:08 | Orion (Met-Ed), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2023 at the address(es) listed below:

**Name**     **Email Address**
BRIAN CRAIG NICHOLAS

Case 19-12980-pmm  Doc 78  Filed 05/24/23  Entered 05/25/23 00:37:00  Desc Imaged
Certificate of Notice  Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 22, 2023 | Form ID: pdf900 | Total Noticed: 4 |

BRIAN CRAIG NICHOLAS
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor PNC Bank  NA bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

KEVIN K. KERCHER
    on behalf of Joint Debtor Rochelle Phillips kevinkk@kercherlaw.com  kevin@kercherlaw.com

KEVIN K. KERCHER
    on behalf of Debtor Michael Frantz Phillips kevinkk@kercherlaw.com  kevin@kercherlaw.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mfarrington@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor PNC Bank  NA tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Rochelle Phillips<br>Michael Frantz Phillips<br>　　　　　　　Debtors | Chapter 13 |
| PNC BANK, NATIONAL ASSOCIATION<br>　　　　　　　Movant<br>　　vs. | NO. 19-12980 PMM |
| Rochelle Phillips<br>Michael Frantz Phillips<br>　　　　　　　Debtors | 11 U.S.C. Section 362 |
| and Scott F. Waterman<br>　　　　　　　Trustee | |

**ORDER**

AND NOW, this 19th day of May, 2023 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on February 6, 2023, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 207 1/2 South 14th Street a/k/a 207.5 South 14th Street, Allentown, PA 18102 ("Property), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*

United States Bankruptcy Judge.