**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL FRANTZ PHILLIPS and | : | CHAPTER 13 |
| ROCHELLE PHILLIPS, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 19-12980 pmm |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Michael and Rochelle Phillips, by and through their counsel, Kevin K. Kercher, Esquire, has filed a Motion to Modify Plan Post-Confirmation. Debtors propose a slight modification to ensure that all creditors are paid in full and that PNC, their mortgagee, is made current. There are only several months left to go to complete this case. All creditors and parties will be better off with the modification.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, If you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **July 17, 2023** you or your attorney must do all of the following:

    (a) file an answer explaining your position at

    **Clerk, U.S. Bankruptcy Court**
    **The Gateway**
    **201 Penn St., Suite 103**
    **Reading, PA 19601**

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    **LAW OFFICES OF KEVIN K. KERCHER, ESQUIRE, P.C.**
    **Kevin K. Kercher, Esquire**
    **881 Third Street, Suite #C-2**
    **Whitehall, PA 18052**
    **(610) 264-4120 phone**
    **(610) 264-2990 fax**

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the **Honorable Patricia M. Mayer on July 27 2023, at 11:00 a.m. in United States Bankruptcy Court, The Gateway Building, 4th Floor Courtroom, Reading, PA 19601.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: 6/26/2023                              Attorney for Movant

                                             /s/ Kevin K. Kercher
                                             **Kevin K. Kercher, Esquire**
                                             **881 Third Street, Suite #C-2**
                                             **Whitehall, PA 18052**
                                             **(610) 264-4120 phone**
                                             **(610) 264-2990 fax**