# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Michael Frantz and Rochelle Phillips,** | : | Case No. 19-12980 PMM |
| | : | |
| Debtor(s). | : | |

# O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Impose the Automatic Stay ("the Motion") (Doc. # 82);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before August 17, 2023, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date: **July 18, 2023**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**