UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| MICHAEL FRANTZ PHILLIPS and | : CHAPTER 13 |
| ROCHELLE PHILLIPS, | : |
| | : |
| Debtors | : BKRTCY. NO. 19-12980 pmm |

### ORDER

AND NOW, upon consideration of Debtors' Motion to Reinstate and Reimpose the Automatic Stay with respect to Debtors' real estate at 207-1/2 S. 14th Street, Allentown, PA and creditor PNC Bank, N.A.,

AND considering the Stipulation of the Debtors, PNC Bank and the Trustee, at Document 87,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED** and the Automatic Stay is hereby **REINSTATED** and **REIMPOSED** with respect to Debtors' residential real estate and PNC Bank, NA on the terms contained in the Stipulation. The Order at Document No. 77 is **VACATED** to the extent that it is inconsistent with this Order.

**BY THE COURT:**

*Patricia M. Mayer*

**Date: July 20, 2023**

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY COURT**