United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Frantz Phillips  
Rochelle Phillips  
    Debtors

Case No. 19-12980-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Jul 20, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Frantz Phillips, Rochelle Phillips, 207 1/2 S. 14th St., Allentown, PA 18102-4613 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:

**Name**     **Email Address**

BRIAN CRAIG NICHOLAS  
    on behalf of Creditor PNC Bank NA bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS  
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON  
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

KEVIN K. KERCHER  
    on behalf of Joint Debtor Rochelle Phillips kevinkk@kercherlaw.com kevin@kercherlaw.com

KEVIN K. KERCHER  
    on behalf of Debtor Michael Frantz Phillips kevinkk@kercherlaw.com kevin@kercherlaw.com

MICHAEL PATRICK FARRINGTON  
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mfarrington@kmllawgroup.com

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

ROBERT J. DAVIDOW
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor PNC Bank  NA tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

```
                UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :
   MICHAEL FRANTZ PHILLIPS and      :   CHAPTER 13
   ROCHELLE PHILLIPS,               :
                                    :
                Debtors             :   BKRTCY. NO. 19-12980 pmm
```

### ORDER

AND NOW, upon consideration of Debtors' Motion to Reinstate and Reimpose the Automatic Stay with respect to Debtors' real estate at 207-1/2 S. 14th Street, Allentown, PA and creditor PNC Bank, N.A.,

AND considering the Stipulation of the Debtors, PNC Bank and the Trustee, at Document 87,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED** and the Automatic Stay is hereby **REINSTATED** and **REIMPOSED** with respect to Debtors' residential real estate and PNC Bank, NA on the terms contained in the Stipulation.  The Order at Document No. 77 is **VACATED** to the extent that it is inconsistent with this Order.

BY THE COURT:

*Patricia M. Mayer*

**Date: July 20, 2023**

PATRICIA M. MAYER
UNITED STATES BANKRUPTCY COURT

1