UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL FRANTZ PHILLIPS and | : | CHAPTER 13 |
| ROCHELLE PHILLIPS, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 19-12980 pmm |

### ORDER GRANTING DEBTORS' MOTION TO MODIFY PLAN

AND NOW, upon consideration of the Motion of Debtors to Modify the confirmed Chapter 13 Plan (doc. #80):

It is hereby **ORDERED** that

(1) The Motion is **GRANTED;**, and

(2) The Modified Plan (Fifth Amended) (doc. #91) is **APPROVED.**

**Date: August 10, 2023**

BY THE COURT:

*Patricia M. Mayer*

**PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE**