United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 19-12980-pmm

Michael Frantz Phillips                                                      Chapter 13

Rochelle Phillips

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 10, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

**Recip ID                    Recipient Name and Address**
db/jdb          + Michael Frantz Phillips, Rochelle Phillips, 207 1/2 S. 14th St., Allentown, PA 18102-4613

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: rmscedi@recoverycorp.com | Aug 10 2023 23:40:00 | Orion (Met-Ed), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:

**Name                              Email Address**

BRIAN CRAIG NICHOLAS

    on behalf of Creditor PNC Bank  NA bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS

    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON

    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

District/off: 0313-4                                       User: admin                                               Page 2 of 2

Date Rcvd: Aug 10, 2023                                   Form ID: pdf900                                          Total Noticed: 2

KEVIN K. KERCHER
                    on behalf of Joint Debtor Rochelle Phillips kevinkk@kercherlaw.com  kevin@kercherlaw.com

KEVIN K. KERCHER
                    on behalf of Debtor Michael Frantz Phillips kevinkk@kercherlaw.com  kevin@kercherlaw.com

MICHAEL PATRICK FARRINGTON
                    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mfarrington@kmllawgroup.com

ROBERT J. DAVIDOW
                    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com

ROLANDO RAMOS-CARDONA
                    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

Scott F Waterman
                    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

THOMAS SONG
                    on behalf of Creditor PNC Bank  NA tomysong0@gmail.com

THOMAS SONG
                    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION tomysong0@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL FRANTZ PHILLIPS and | : | CHAPTER 13 |
| ROCHELLE PHILLIPS, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 19-12980 pmm |

### ORDER GRANTING DEBTORS' MOTION TO MODIFY PLAN

AND NOW, upon consideration of the Motion of Debtors to

Modify the confirmed Chapter 13 Plan (doc. #80):

It is hereby **ORDERED** that

(1)   The Motion is **GRANTED;**, and

(2)   The Modified Plan (Fifth Amended) (doc. #91) is

**APPROVED.**


**BY THE COURT:**

*Patricia M. Mayer*

**Date: August 10, 2023**

—————————
**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**

1