| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-12980-PMM

MICHAEL FRANTZ PHILLIPS  
ROCHELLE PHILLIPS  
207 1/2 S 14TH ST  
ALLENTOWN  PA    18102

Petition Filed Date: 05/07/2019  
341 Hearing Date: 07/09/2019  
Confirmation Date: 12/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/25/2022 | $1,000.00 | 98612 | 11/21/2022 | $1,000.00 | 99314 | 12/05/2022 | $1,000.00 | 99804 |
| 12/20/2022 | $1,000.00 | 4351 | 02/02/2023 | $500.00 | | 03/06/2023 | $500.00 | |
| 04/03/2023 | $500.00 | | 05/03/2023 | $500.00 | | 06/05/2023 | $500.00 | |
| 07/05/2023 | $500.00 | | | | | | | |

**Total Receipts for the Period:  $7,000.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $24,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | LEHIGH COUNTY DOMESTIC RELATIONS  »»  001 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PPL ELECTRIC UTILITIES  »»  002 | Unsecured Creditors | $316.25 | $0.00 | $316.25 |
| 3 | PNC BANK NA  »»  003 | Mortgage Arrears | $18,490.22 | $17,460.09 | $1,030.13 |
| 4 | UNITED STATES TREASURY (IRS)  »»  004 | Priority Creditors | $1,775.41 | $1,775.41 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)  »»  04U | Unsecured Creditors | $8.84 | $0.00 | $8.84 |
| 6 | PNC BANK NA  »»  03P | Secured Creditors | $4,144.26 | $0.00 | $4,144.26 |

**Chapter 13 Case No. 19-12980-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,500.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $21,485.50 | Arrearages: | $1,000.00 |
| Paid to Trustee: | $2,104.50 | Total Plan Base: | $30,000.00 |
| Funds on Hand: | $910.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.